Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, UT 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DARRETT and JUSTIN LIVERMORE, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LENNOX INDUSTRIES INC., <br><br> Defendant. | Case No. 2:21-CV-02289-VAP-JPR <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

Plaintiffs Michael Darrett and Justin Livermore (together the "Plaintiffs") hereby voluntarily dismiss the above-entitled action in its entirely with prejudice as to the Plaintiffs' individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

**KAZEROUNI LAW GROUP, APC**

Date: April 19, 2021                    By:  *s/ Jason A. Ibey*
                                              Jason A. Ibey, Esq.
                                              *Attorneys for Plaintiffs*